**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Hill v. State,* **Slip Opinion No. 2014-Ohio-2365.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2014-OHIO-2365

HILL, APPELLEE, *v.* THE STATE OF OHIO, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Hill v. State,* **Slip Opinion No. 2014-Ohio-2365.]**

*Court of appeals' judgment reversed on the authority of* Mansaray v. State.

(No. 2013-1043—Submitted May 28, 2013—Decided June 12, 2014.)

Franklin App. No. 12AP-635, 2013-Ohio-1968.

————————————

**{¶ 1}** The judgment of the court of appeals is reversed on the authority of *Mansaray v. State*, 138 Ohio St.3d 277, 2014-Ohio-750, 6 N.E.3d 35.

Judgment reversed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

————————————

The Owen Firm, L.L.C., and Todd A. Long, for appellee.

Michael DeWine, Attorney General, Alexandra T. Schimmer, Solicitor General, and Samuel C. Peterson, Deputy Solicitor, for appellant.

————————————